UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In The Matters of the Searches of<br><br>A condominium located at 589 Essex Street, Unit 201, Lynn, Massachusetts<br><br>An email account: brianwalshe71916@gmail.com<br><br>An email account: brw@tensailconsulting.com<br><br>The person of Ana Knipp, a/k/a Ana Walshe<br><br>The person of Brian R. Walshe<br><br>A storage container located at Public Storage, Unit 41, 595 Lynnway, Lynn, Massachusetts | M.J. Nos. 18-7180-JCB<br>18-7181-JCB<br>18-7182-JCB<br>18-7183-JCB<br>18-7184-JCB<br>18-7185-JCB |

MOTION TO UNSEAL SEARCH WARRANTS AND SHARE EVIDENCE

The United States of America respectfully moves this Court to unseal the search warrant applications, supporting affidavits, search warrants, this motion, any ruling on this motion, and all related paperwork.  In support of this motion, the government states that the government has completed its investigation of violations of 18 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 2314 (interstate transportation for a scheme to defraud), 18 U.S.C. § 2315 (possession of converted goods), and 18 U.S.C. § 1957 (unlawful monetary transaction), related to the conversion and fraudulent sale of artwork.  As a result, public disclosure of any of these materials at this juncture would not harm the government's investigation and sealing of the materials is no longer necessary.

In addition, the United States of America seeks an order permitting it to share the evidence obtained by these search warrants with state authorities, including but not limited to the Norfolk County District Attorney's Office, the Cohasset Police Department and the

Massachusetts State Police.  In support thereof, the government states that Brian Walshe, who is a defendant pending sentencing in *United States v. Brian Walshe*, Cr. No. 18-10399-DPW, was arrested and charged in Quincy District Court on January 9, 2023, with misleading an investigation, in violation of M.G. L. c. 268, § 13B(b), in connection with an investigation of the location of his wife Ana Walshe, who was the subject of the search warrant in Case No. 18-7183-JCB.  The evidence obtained by execution of the federal search warrants, including DNA of Ana Walshe, will assist state investigators, who continue to conduct their investigation, and will be necessary for prosecution of the state case.  Accordingly, the government seeks to turn over to state authorities the pleadings and evidence for their use, including discovery, in whatever state case may ensue.

        Respectfully submitted,

        RACHAEL S. ROLLINS
        United States Attorney

By: TIMOTHY MORAN *(Digitally signed by TIMOTHY MORAN, Date: 2023.01.10 11:08:13 -05'00')*
        Timothy Moran
        Assistant U.S. Attorney

Date: January 10, 2023

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In The Matters of the Search of<br><br>A condominium located at 589 Essex Street, Unit 201, Lynn, Massachusetts<br><br>An email account: brianwalshe71916@gmail.com<br><br>An email account: brw@tensailconsulting.com<br><br>The person of Ana Knipp, a/k/a Ana Walshe<br><br>The person of Brian R. Walshe<br><br>A storage container located at Public Storage, Unit 41, 595 Lynnway, Lynn, Massachusetts | M.J. Nos. 18-7180-JCB<br>18-7181-JCB<br>18-7182-JCB<br>18-7183-JCB<br>18-7184-JCB<br>18-7185-JCB |

ORDER UNSEALING SEARCH WARRANTS AND
PERMITTING THE UNITED STATES TO SHARE EVIDENCE

Boal, M.J.

Upon consideration of the motion seeking to unseal search warrants and share evidence, the Court finds as follows:

1. The search warrant applications, supporting affidavits, search warrants, this motion, order, and all related paperwork are UNSEALED.

2. The United States may share the evidence obtained by execution of those search warrants with state authorities, including but not limited to the Norfolk County District Attorney's Office, the Cohasset Police Department and the Massachusetts State Police, for the investigation and prosecution of any state offense. Such use includes discovery in any state case.

_____
JENNIFER C. BOAL
United States Magistrate Judge

Date: